**EXHIBIT 4**
*Seller Information Page of Defendant Chun Yi from Amazon.com*

## About Seller

CHUN YI, owned by SPRING HOMETEXTILE CO., LTD, is located in one of the world's largest textile cities and has over 10 years of experience in manufacturing high quality household products. We provide direct online access to over 600 products ranging from sofa slipcovers and chair covers, to shower curtains, mattress covers and area rugs, and never stop digging new ideas to develop new products to meet your diverse needs. Integrating independent product design, style creativity, manufacturing and...

See more ∨

**Have a question for CHUNYI HOMETEXTILE?**

[ Ask a question ]

## Reviews

★★★★½ 4.5 out of 5
263 ratings

[ 12 months ∨ ]

| | |
|---|---|
| 5 star | 81% |
| 4 star | 6% |
| 3 star | 2% |
| 2 star | 2% |
| 1 star | 9% |

Learn more about how seller reviews work on Amazon ∨

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ∨ ]

263 total ratings, 263 with feedback for 12 months ⓘ

★★★★★ "great"
By Miroslaw Sapiezynski on June 9, 2025.

★★★★★ "Very satisfied with with item ordered."
By Mary D. on June 8, 2025.

★★★★★ "I received my cover for my accent chair fast. I want to tell that is gorgeous color and as described by seller. Is snuggle and not wrinkle no matter how long yo..."
Read more
By Maria M Holloway on June 8, 2025.

★★★★★ "I've ordered several chair covers from this seller and recommend them."
By Angela Woerner on June 5, 2025.

★★★★★ "."
By David Zegarra on June 5, 2025.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** SHAOXING SPRING HOMETEXTILE CO.,LTD
**Business Address:**
越城区孙端街道许家桥村 5幢1层(绍兴秀之秀针纺有限公司内)
绍兴市
浙江省
312000
CN

## Shipping Policies ∨

### CHUNYI HOMETEXTILE
Visit the CHUNYI HOMETEXTILE storefront
★★★★½ | 88% positive in the last 12 months (263 ratings)

## Products

See all products currently offered by the seller.

Leave seller feedback