**EXHIBIT 5**
*Patent-in-Suit entitled Design Patent for Mattress Topper*



(12) United States Design Patent (10) Patent No.: US D969,522 S
Wo                                                        (45) Date of Patent: ** Nov. 15, 2022

(54) **MATTRESS TOPPER**

(71) Applicant: **Xiaoyong Wo**, Shanghai (CN)

(72) Inventor: **Xiaoyong Wo**, Shanghai (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/678,463**

(22) Filed: **Jan. 29, 2019**

(51) **LOC (13) Cl.** ............................................. **06-09**

(52) **U.S. Cl.**
USPC ...................................................... **D6/605**

(58) **Field of Classification Search**
USPC .................. D6/582–583, 587–592, 595–609,
D6/617–622; D21/803–809; D24/183
CPC ............... A47G 9/00; A47G 2009/001; A47G
2009/002; A47G 2009/003; A47G
2009/005; A47G 2009/006; A47G 9/02;
A47G 9/0207; A47G 9/0215; A47G
9/0223; A47G 9/023; A47G 9/0238;
A47G 9/0246; A47G 9/0253; A47G
9/0261; A47G 9/06; A47G 9/062; A47G
9/066; A47G 9/068; A47G 9/08; A47G
2009/0276; A47G 9/0284; A47G 9/0292;
A47G 9/04; A47G 9/10; A47C 27/22;
A47C 21/02
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,922,862 B1 * | 8/2005 | Thompson | A47C 27/005 5/500 |
| 2007/0067916 A1 * | 3/2007 | Poston | A47C 21/022 5/691 |
| 2014/0250604 A1 * | 9/2014 | Lanning | A61G 7/057 5/726 |
| 2015/0026893 A1 * | 1/2015 | Garrett | A47C 27/064 5/691 |
| 2017/0208958 A1 * | 7/2017 | Alletto, Jr. | A47C 27/22 |

* cited by examiner

*Primary Examiner* — Jennifer L Rempfer

(74) *Attorney, Agent, or Firm* — Southeast IP Group, LLC; Thomas L. Moses

(57) **CLAIM**

The ornamental design for the mattress topper, as shown and described.

**DESCRIPTION**

FIG. **1** is a top plan view of my design for a mattress topper;
FIG. **2** is a right end side view thereof;
FIG. **3** is a left end side view thereof;
FIG. **4** is a top end side view thereof;
FIG. **5** is a bottom end side view thereof;
FIG. **6** is a bottom plan view thereof;
FIG. **7** is a detail inset view of FIG. **1** thereof; and,
FIG. **8** is a detail inset of FIG. **6** thereof.

The broken lines represent the bounds of the detail views and form not part of the claim.

**1 Claim, 6 Drawing Sheets**





FIG. 1



FIG. 2     FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8